JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| NAMELI TAUTOLO,<br><br>    Plaintiff,<br><br>v.<br><br>TARGET CORPORATION, a Minnesota Corporation; and DOES 1 through 50, Inclusive,<br><br>    Defendants. | CASE NO.: 2:20-CV-07212-VAP (JEMx)<br><br>**ORDER REGARDING STIPULATION FOR DISMISSAL OF DEFENDANT, TARGET CORPORATION** |

Pursuant to Rule 41(a)(1), the settlement reached by the parties and the Stipulation for Dismissal, the Court hereby dismisses the complaint, with prejudice.

**IT IS SO ORDERED.**

DATED: April 26, 2021

_____
Virginia A. Phillips
United States District Judge